ORIGINAL

FILED

10/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0424

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0424

TOM VAN HAELE,

Plaintiff and Appellant,

v.

JUDY KUHL, VALERIE CRAMER and
JENNIFER CRAMER,

Defendants and Appellees.

FILED

OCT 25 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## O R D E R

Appellant Tom Van Haele has filed a motion for extension of time within which to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 23, 2021, within which to file his opening brief.

DATED this 25 day of October, 2021.

For the Court,

Chief Justice